PFE/JAB: July 2024
GJ #5

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>SOUTHERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) **Case No.** |
| | ) |
| **DEARIS TYRELL WHITTAKER,** | ) |
| Defendant. | ) |

## INDICTMENT

### <u>COUNT ONE:</u>
*Possession of a Machinegun*
**18 U.S.C. §§ 922(o)(1) and 924(a)(2)**

The Grand Jury charges that:

On or about the 16th day of May 2023, in Jefferson County, within the Northern District of Alabama, the Defendant,

**DEARIS TYRELL WHITTAKER,**

did knowingly possess a machinegun, that is, a **Glock 9-millimeter pistol** that fires more than one shot automatically by a single function of the trigger, in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).

## NOTICE OF FORFEITURE
### 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

1.      The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.      Upon conviction of the offense charged in Count One of this Indictment for violation of 18 U.S.C. § 922(o), the Defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the commission of the offense, including, but not limited to, a **Glock 9-millimeter pistol, serial number BBKW255, and any associated magazines and ammunition**.

A TRUE BILL

*/s/ electronic signature*
_____
FOREPERSON OF THE GRAND JURY

 PRIM F. ESCALONA
 United States Attorney

 */s/ electronic signature*
 _____
 ALAN BATY
 Assistant United States Attorney